IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LONA FOWDUR, ) <br> ) <br>     Plaintiff/Counterclaim-Defendant, ) <br> ) <br> v. ) <br> ) <br> SECRETARIAT ADVISORS, LLC., ) <br> DONALD HARVEY, and ) <br> JOHN LITTLE, ) <br> ) <br> ) <br>     Defendants/Counterclaim-Plaintiffs ) <br> _____ ) | Civil Action No. <br> 1:23-cv-03380-JDB |

**OPPOSITION TO MOTION TO DISMISS COUNTERCLAIM**

COME NOW, Defendants/Counterclaim-Plaintiffs Secretariat Advisors, LLC, Donald Harvey and John Little, by and through undersigned counsel, hereby file their Opposition to Plaintiff/Counterclaim Defendant Lona Fowdur's Motion to Dismiss Counterclaim for the reasons set forth in the Memorandum in Support of this Opposition filed contemporaneously herewith.

Respectfully submitted this 1st day of February, 2024.

                                        TAYLOR ENGLISH DUMA LLP

                                        */s/ Michael F. Ruggio* <br>
                                        Michael F. Ruggio <br>
                                        District of Columbia Bar No. 405641

                                        7546 Clifton Road <br>
                                        Clifton, Virginia 20124 <br>
                                        Telephone: (703) 936-4204 <br>
                                        mruggio@taylorenglish.com

                                        *Attorney for Defendants Secretariat Advisors, LLC,* <br>
                                        *Donald Harvey and John Little*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 1st day of February, 2024, electronically filed the foregoing OPPOSITION TO MOTION TO DISMISS COUNTERCLAIM with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all Counsel of Record.

                                                */s/ Michael F. Ruggio*
                                                Michael F. Ruggio
                                                District of Columbia Bar No. 405641
                                                *Attorney for Defendants Secretariat Advisors, LLC, Donald Harvey and John Little*