IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LONA FOWDUR, ) | |
| ) | |
| Plaintiff/Counterclaim-Defendant, ) | |
| ) | Civil Action No. |
| v. ) | 1:23-cv-03380-JDB |
| ) | |
| SECRETARIAT ADVISORS, LLC., ) | |
| DONALD HARVEY, and ) | |
| JOHN LITTLE, ) | |
| ) | |
| ) | |
| Defendants/Counterclaim-Plaintiffs ) | |
| _____ ) | |

## ORDER

UPON CONSIDERATION OF Counterclaim-Plaintiffs' Opposition to the Motion to Dismiss Counterclaim, the Court hereby dismisses the Counterclaim-Defendant's Motion to Dismiss the Counterclaim.

_____
Judge, United States District Court
For the District of Columbia

1