## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LONA FOWDUR, )<br>)<br>   Plaintiff/Counterclaim-Defendant, )<br>)<br>v. )<br>)<br>SECRETARIAT ADVISORS, LLC., )<br>SECRETARIAT ECONOMISTS, LLC., )<br>DONALD HARVEY, and )<br>JOHN LITTLE, )<br>)<br>)<br>   Defendants/Counterclaim-Plaintiffs )<br>) | Civil Action No.<br>1:23-cv-03380-JDB |

### JOINT STATUS REPORT

Plaintiff, LONA FOWDUR and Defendants, SECRETARIAT ADVISORS, LLC, SECRETARIAT ECONOMISTS, LLC, DONALD HARVEY, and JOHN LITTLE (collectively referred to as "the Parties"), hereby submit, as ordered, their joint status report:

1. The Parties held an initial mediation session before Magistrate Judge Upadhyaya on December 27, 2024.

2. Following the initial mediation session, the Parties, through counsel, continued to discuss potential opportunities for resolving the dispute.

3. The Parties arrived at an agreed resolution on December 27, 2024.

4. On January 5, 2025, Plaintiff, through counsel, provided Defendants with a draft settlement agreement for review.

5. Defendants are currently reviewing the draft provided and anticipate providing suggested edits on January 7, 2025.

1

Respectfully submitted this 7th day of January, 2025.

| SMITHEY LAW GROUP, LLC | TAYLOR ENGLISH DUMA LLP |
|---|---|
| /s/ Benjamin S. Barlow <br> Benjamin S. Barlow <br> District of Columbia Bar No. 497795 <br> 706 Giddings Avenue <br> Suite 200 <br> Annapolis, Maryland 21401 <br> Telephone: (410) 919-2990 <br> Email: ben.barlow@smitheylaw.com <br> *Counsel for Plaintiff* | /s/ Michael F. Ruggio <br> Michael F. Ruggio <br> District of Columbia Bar No. 405641 <br> 7546 Clifton Road <br> Clifton, Virginia 20124 <br> Telephone: (703) 936-4204 <br> Email: mruggio@taylorenglish.com <br> *Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 7th day of January, 2025, electronically filed the foregoing Joint Status Report with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all Counsel of Record.

*/s/ Michael F. Ruggio*
Michael F. Ruggio
District of Columbia Bar No. 405641
*Attorney for Defendants*